**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 237 EAL 2014 |
| Respondent | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| HECTOR TRINIDAD, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.